FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 23 2015

CHRISTOPHER A. PRINE
CLERK

FRANKLIN JONES
#1224452/McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

RE: Court of Appeals Number 01-04-00236-CR
Trial Court Case Number 977894

Dear Mr. Prine,

First of All, this letter is to acknowledge that I am in receipt of your latest communication that was received on Jan. 20, 2015. I'm fully aware that the Court don't provide free copies to prisoners.

Please finds enclosed the requested payment for the documents I had request as follows:

Agreed setting: 7 pgs., 0.70¢
State's Brief: 26 pgs., $2.60
Shipping fee: $2.00
Total Cost: $5.30

Thank you for your courtesy in handle this matter for me.

Respectfully Submitted.
Franklin Jones
FRANKLIN JONES
#1224452

**SUBJECT:** *State briefly the problem on which you desire assistance.*

MARTINEZ, here is the I-60 for the outside purchase to the Court of Appeals First District for some legal documents in the Amount of $5.30.

Thanks.

Name: MR. FRANKLIN JONES No: 1224452 Unit: ML

Living Quarters: 12-A-60 Work Assignment: I/S Med. Sql.

**DISPOSITION:** (Inmate will not write in this space)

☆ I-60 (Rev. 11-90)

MR. Franklin Jones
#1224495521 McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

NORTH HOUSTON TX 773

19 FEB 2015 PM 11

7700220669

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 2 3 2015

CHRISTOPHER A. PRINE
CLERK

Clerk of the Court
Court of Appeals, First District
301 Fannin St.
Houston, Texas 77002-2066